**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                                                                  Case No.: 20-15948-CLC
Reynaldo Rayner Galban                                                Chapter: 13

_____ Debtor.

### DEBTOR'S RESPONSE TO 3002.1 NOTICE [ECF No.88] IN RELATION TO CLAIM NO. [CLAIM NO7.]

The Debtor(s), through the undersigned attorney, responds to US Bank N.A. ("Secured Creditor") Notice of Payment Change March 1, 2024, as follows:

Objection:

☐ Within 14 days from the date on which this response is filed, Debtor shall file a separate Objection and set it for hearing. If an objection is not filed, Debtor will be deemed to have accepted the 3002.1 Notice and will file a modified plan to provide for the same.

No Objection:

☐ Debtor does not object to Secured Creditor's 3002.1 Notice and, within 14 days from the date on which this response is filed, will file a motion to modify and modified plan providing for either the payment change or fees and costs in the notice and set the motion to modify for hearing.

☒ Debtor does not object to Secured Creditor's 3002.1 Notice. Due to the de minimis the amount of $ 28.70 contained in the 3002.1 Notice, Debtor will not file a motion to modify and modified plan to provide for the payment of the stated amount, and will instead address such fees, costs, or change in payment outside of the bankruptcy case. Debtor acknowledges that the chapter 13 trustee will not remit payment of the de minimis amount of the payment change, charge, fee or expense, and the de minimis amount of the payment change, charge, fee or expense is not subject to discharge unless paid in full by Debtor.

☐ Debtor and Secured Creditor are filing a Joint Motion to Abate 3002.1 Notice and Reconcile Annually, under Local Rule 3002.1(G).

Dated: 02/27/2024

LF-48 (rev. 05/27/21)

First Legal P.A.
Simona Burshteyn, Esq.
Attorney for the Debtor
3475 Sheridan Street Ste. 214
Hollywood, FL 33021
(954-998-1488
Sburshteyn@firstlegalpa.com

By: /s/ Simona Burshteyn, Esq.
    Simona Burshteyn
    Florida Bar No. 105075

I HEREBY CERTIFY THAT I AM ADMITTED TO THE BAR OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA AND I AM IN COMPLIANCE WITH THE ADDITIONAL QUALIFICATIONS TO PRACTICE IN THIS COURT SET FORTH IN LOCAL RULE 2090-1(A).